**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 97-6328**

---

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

JESSE MCCOY WHITLEY,

Defendant - Appellant.

---

Appeal from the United States District Court for the Western District of Virginia, at Roanoke. James C. Turk, District Judge. (CR-90-130-R, CA-97-90-R)

---

Submitted: May 15, 1997          Decided: May 29, 1997

---

Before RUSSELL, HALL, and HAMILTON, Circuit Judges.

---

Dismissed by unpublished per curiam opinion.

---

Jesse McCoy Whitley, Appellant Pro Se. Thomas Jack Bondurant, Jr., Assistant United States Attorney, Roanoke, Virginia, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West 1994 & Supp. 1997). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. United States v. Whitley, Nos. CR-90-130-R; CA-97-90-R (W.D. Va. Feb. 7, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2